620

Sara Somach, appellee, v. Green Box Company, Inc., appellant. Gen. No. 37,344.

Opinion filed December 19, 1934.
Zane, Morse, Zimmerman & Norman, for appellant; Franklin D. Trueblood, of counsel. John A. Bloomingston, for appellee; Stacy Osgood, of counsel.
Mr. Presiding Justice Hebel delivered the opinion of the court.

Clarence F. Buck, receiver of Calumet National Bank of Chicago, appellee, v. Robert Honore Brown, appellant. Gen. No. 36,697.

Opinion filed December 19, 1934.
Charles T. Kramer, for appellant; Julius Grubman, of counsel. George G. King, for appellee; Frederick Sass, Jr., of counsel.
Mr. Justice Hall delivered the opinion of the court.

Frank J. Kohout, receiver of Baker State Bank, and Glens Falls Indemnity Company, appellants, v. F. Frazier Jelke et al., appellees. Gen. No. 37,093.

Opinion filed December 19, 1934. Rehearing denied January 9, 1935.
Cassels, Potter & Bentley, for appellants; Ralph F. Potter, George C. Bunge and Ralph Horween, of counsel. Sanders, Childs, Bobb & Wescott and White & Hawxhurst, for certain appellees; Dwight S. Bobb, W. L. Bourland and Ralph R. Hawxhurst, of counsel. Dent, Weichelt & Hampton, for certain other appellees; Louis L. Dent and Seward H. Bowers, of counsel.
Mr. Justice Hall delivered the opinion of the court.

Sommer and Maca Glass Machinery Corporation et al., appellants, v. Jay M. Johnson and Johnson Fare Box Company, impleaded with Jay M. Johnson, appellees. Gen. No. 37,129.

Opinion filed December 19, 1934. Rehearing denied January 9, 1935.
Marshall Solberg and Kellam Foster, for appellants. Percy R. Jacobson and James M. Murray, for appellees.
Mr. Justice Hall delivered the opinion of the court.